Verdict <em>pro quer.</em> for 157<em>l.</em> 16<em>s.</em> 3¼<em>d.</em> only.

---

## AT NISI PRIUS, AT GREENSBURGH, MAY ASSIZES 1797.

### CORAM, YEATES AND SMITH, JUSTICES.

---

### JOHN YOUNG *against* CHRISTOPHER HAYES, executor of JOHN HENDERSON.

General indebitatus assumpsit will not lie on a promise to survey lands.

THE plaintiff declared, that " the said John Henderson in his life time, on the 30th day of may 1783, at the county of Westmoreland aforsaid, acknowledged himself to have received from the said John Young a land warrant for 10,000 acres of land, and sundry surveys of land in the state of Virginia, which he was to get surveyed for him as soon as possible, agreeable to instructions received, and to remit him as soon as possible, and that he the said John Henderson having so received the said warrants, did then and there take upon himself, and faithfully promise, that he the same John would faithfully locate the said land warrant and surveys, or cause to be surveyed under the said

warrant 10,000 acres, in the state of Virginia. Nevertheless the said John Henderson," &c. (with a general *sæpius requisitus* both as to himself and his executor.) Damage 10,000*l*."

Plea of *non assumpsit* and payment.

The defendant's counsel objected, that on this declaration the plaintiff was not entitled to recover. The receiving of the land warrants and surveys was not a consideration to raise a debt or promise. General *indebitatus assumpsit* will lie only where debt lies. Here the remedy should have been by special *assumpsit*, as in the case of the recovery of money won at play. 6 Mod. 128, 129. 12 Mod. 69.

The court declaring the same opinion, the plaintiff suffered a nonsuit

Mr. Brackenbridge, *pro quer.*
Messrs. Ross and Young, *pro def.*